ATTORNEY GENERAL OF TEXAS

GREG ABBOTT

January 29, 2014

**VIA ELECTRONIC MAIL**
United States District Court
Southern District of Texas
1300 Victoria Street, Suite 1131
Laredo, Texas   78740

Re:   *Gonzalo Artemio Lopez v. William Stephens, Director*
        Civil Action No. 5:13-cv-167

Dear Clerk:

Attached please find the State Court Records in the above-referenced cause which are being electronically filed with the court.   Thank you for your kind assistance in this matter.

Sincerely,


s/ Melissa L. Hargis
MELISSA L. HARGIS
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

MLH/ga
Enclosures

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548   TEL: (512)936-1400   WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*