# CRIMINAL JURISDICTION CHECK - Defendant's Appeal[1]

Appeal No. __04-09-00312-CR__

Appellant: __Artemio Gonzalo Lopez__

Appellee: The State of Texas

— mandate from CCA issued

**A. Trial Court Judgment**
Date Sentence Imposed/Suspended: __6/4/09__   p. __111__

Out of time appeal granted by CCA 5/6/09

**B. Motion for New Trial**
(TRAP 21.4 - within 30 days of judgment. Amended within 30 days and prior to ruling.)

Due: _____   Filed: __7-13-09__   p. __122__

**C. Notice of Appeal** — 30 days from CCA mandate
(TRAP 26.2 - 30 days. If MNT, 90 days.)

Due: __7/6/09__   Filed: __5-26-09__   p. __110__

Mandate issued 6/4/09

**MEOT**
(TRAP 26.3 - within fifteen days from deadline for filing)

Due: _____   Filed: _____   p. _____

**D. Certification of Defendant's Right of Appeal**
Does the clerk's record contain a certification? ✓ YES ___ NO    105 / 115 / 121

If yes, which of the following does the trial court certify?
- ✓ is not a plea-bargain case, and the defendant has the right of appeal
- ___ is a plea-bargain case, but the defendant has filed a notice of appeal that specifies the appeal is for a jurisdiction defect; (Tex. Rules App. Pro. 25.2(a)(2)(A));
- ___ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal
- ___ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal
- ___ is a plea-bargain case, and the defendant has NO right of appeal
- ___ the defendant has waived the right of appeal
- ___ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction (Tex. Code of Crim. Pro. 42.12§23);
- ___ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal (Tex. Code of Crim. Pro. 42.12§5(b))
- ___ is a decision on the defendant's motion for forensic DNA testing, and the defendant has the right of appeal (Tex. Code of Crim. Pro. 64.05);

**Comments:** __O/C__

Checked by: __SS__   Date: __8/6/09__

[1] Revised November 27, 2007