| | |
|---|---|
| **From:** | Mark Adams - Court of Criminal Appeals |
| **To:** | Cindy Martinez |
| **Subject:** | Notice from Court of Criminal Appeals |
| **Date:** | March 16, 2011 9:20:12 AM |

Wednesday, March 16, 2011
Re: Case No. PD-1571-10
COA#: 04-09-00312-CR
STYLE: LOPEZ, GONZALO ARTEMIO

On this day, the Appellant's Pro Se petition for discretionary review has been refused.
Louise Pearson, Clerk

**From:** Mark Adams - Court of Criminal Appeals
**To:** Cindy Martinez
**Subject:** Notice from Court of Criminal Appeals
**Date:** February 23, 2011 11:03:20 AM

Wednesday, February 23, 2011
Re: Case No. PD-1571-10
COA#: 04-09-00312-CR
STYLE: LOPEZ, GONZALO ARTEMIO

On this day, this Court has granted the Appellant's Pro Se Motion to Suspend Rule 9.3(b) T.R.A.P.

Louise Pearson, Clerk

| | |
|---|---|
| **From:** | Mark Adams - Court of Criminal Appeals |
| **To:** | Cindy Martinez |
| **Subject:** | Notice from Court of Criminal Appeals |
| **Date:** | February 23, 2011 11:01:56 AM |

Wednesday, February 23, 2011
Re: Case No. PD-1571-10
COA#: 04-09-00312-CR
STYLE: LOPEZ, GONZALO ARTEMIO

The appellant's pro se petition for discretionary review has this day been received and filed.

Louise Pearson, Clerk

| | |
|---|---|
| **From:** | Mark Adams - Court of Criminal Appeals |
| **To:** | Cindy Martinez |
| **Subject:** | Notice from Court of Criminal Appeals |
| **Date:** | November 12, 2010 9:29:16 AM |

Friday, November 12, 2010
Re: Case No. PD-1571-10
COA#: 04-09-00312-CR
STYLE: LOPEZ, GONZALO ARTEMIO

    On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the said item has been extended to Tuesday, January 11, 2011. NO FURTHER EXTENSIONS WILL BE ENTERTAINED.
    NOTE: PETITION FOR DISCRETIONARY REVIEW MUST BE FILED WITH THE COURT OF APPEALS.

Louise Pearson, Clerk

## CONSIDERATION ON AMENDED PETITION FOR DISCRETIONARY REVIEW

**CAUSE NO.:** 04-09-00312-CR

**OPINION PUBLISHED?** NO

**STYLE:** GONZALO ARTEMIO LOPEZ V. THE STATE OF TEXAS

**PETITION FOR DISCRETIONARY REVIEW FILED BY:** PRO SE

**MOTION FOR REHEARING:** NO  **DATE OVERRULED**

**MOTION FOR REHEAR EN BANC:** NO  **DATE OVERRULED:**

**PANEL:** CMS SBM SCH   **AUTHOR:** JUSTICE SANDEE BRYAN MARION

**DATE PETITION FOR DISCRETIONARY REVIEW WAS FILED:** JANUARY 4, 2011

**DATE ACTION DUE BY:** FEBRUARY 18, 2011

---

| I recommend that the opinion and judgment **NOT** be modified or corrected. | | I recommend that the opinion and judgment be modified or corrected. See "COMMENTS" | |
|---|---|---|---|
| **JUSTICE** | **DATE** | **JUSTICE** | **DATE** |
| Stom (signature) | 1/14/11 | | |
| CA (signature) | 1/14/11 | | |
| SMA (signature) | 1/17/11 | | |

**"COMMENTS" ON MODIFICATIONS OR CORRECTIONS:**

**COPY OF OPINION ATTACHED**



# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
MARIALYN BARNARD
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE,
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 04, 2011

Gonzalo Artemio Lopez
TDCJ-ID # 1349716
Telford Unit
3899 State Hwy 98 S.
New Boston, TX 75570

Brenda Anderson
Assistant District Attorney
49th Judicial District
1110 Victoria St., Ste. 401
Laredo, TX 78040

RE: Court of Appeals Number:  04-09-00312-CR
    Trial Court Case Number:   2007-CRO-000452-D-3

Style: Gonzalo Artemio Lopez
       v.
       The State of Texas

The Pro Se's Petition for Discretionary Review has this date been received and filed in the above styled and numbered cause. Pursuant to Rule 68.7 (b) of the Texas Rules of Appellate Procedure the opposing party has 30 days to file a reply to the petition with the clerk.

Very truly yours,

KEITH E. HOTTLE, CLERK

Luz Acosta
Deputy Clerk, Ext. 3219



## COURT OF APPEALS

CATHERINE STONE
 CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
MARIALYN BARNARD
 JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE,
 CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 10, 2011

Deborah D. Letz
Assistant Public Defender
300 Dolorosa Street
Justice Center Tower, Suite 310
San Antonio, TX 78205

Brenda Anderson
Assistant District Attorney
49th Judicial District
1110 Victoria St., Ste. 401
Laredo, TX 78040

RE:   Court of Appeals Number:   04-09-00312-CR
      Trial Court Case Number:   2007-CRO-000452-D-3
      Style: Gonzalo Artemio Lopez
             v.
             The State of Texas

The Appellant's Information (re: Letter from Lori D. Rodriguez; Notice of Compliance with T.R.A.P. 48.4) in the above styled and numbered cause has this date been received and filed.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Acosta
Deputy Clerk, Ext. 3219