# ANA LAURA ALCÁNTAR, CSR, RPR
## 341st JUDICIAL DISTRICT COURT REPORTER
## P. O. BOX 6297
## LAREDO, TX 78042-6297

**Phone: (956) 523-4324**					**Fax: (956) 523-5055**

September 18, 2009

Keith E. Hottle, Clerk of Court
Fourth Court of Appeals District
Bexar County Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE:  Court of Appeals No.: 04-09-00312-CR
     Trial Court Case No.: 2007-CR0-000452-D3
Style: The State of Texas
    vs.
    Artemio Gonzalo Lopez

Dear Mr. Hottle:

   Enclosed is the Notification of Late record in the above referenced matter. Should you have any questions, please do not hesitate to call me.

				Sincerely,

				Ana Laura Alcántar, CSR

xc:

Mr. Isidro Alaniz
Webb County District Attorney's Office
1110 Victoria Street, Suite 401
Laredo, Texas 78040

Ms. Deborah Letz
Assitant Appellate Public Defender
410 So. Main, Suite 214
San Antonio, Texas 78204

# NOTIFICATION OF LATE RECORD

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2009 SEP 21  PM 1:08

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Court of Appeals No., if known: __04-09-00312-CR__

Trial Court No.: __2007-CRO-000452-D3__

Trial Court Style: __The State of Texas versus Artemio Gonzalo Lopez__

I am the official responsible for preparing the reporter's record in the above-referenced appeal.
The approximate date of trial was: __December 11, 2007 through Decmeber 13, 2007__.
The record was originally due: __August 18, 2009__.
I anticipate the length of the record to be: __545 pp__.

I am unable to file the record by the date such record is due because [check one]:

[X] my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

__Please see monthly report attached to the Notification of Late Record.__

__As of August 10, a family member became gravely ill in Austin, Texas. On August 19, 2009 and August 20, 2009, we experienced the loss of two family members. Funeral arrangements for both losses were completed on August 25, 2009.__

I anticipate the record will be completed by: __October 17, 2009__.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date: __September 18, 2009__      Signature: _Ana Alcántar, CSR_
Printed
Name: __Ana Laura Alcántar__
Title: __Court Reporter__

## Acknowledgment
(To be completed by notary or court clerk)

State of Texas        )

County of __Webb__    )

Before me, the undersigned authority, on this day personally appeared __Ana Laura Alcántar__, known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: __5/11/10__    Signature: _Magdalena Martinez_
Seal:                Printed Name: _Magdalena Martinez_

**Monthly Status Report**
**For the Month September, 2009**
Ana Laura Alcantar, CSR
341st Judicial District Court Reporter
Webb County, Texas

| Cause No. | Style | Date Ordered | Requested By | Dates Requested | Page Estimate | Pages Completed | Due Date |
|---|---|---|---|---|---|---|---|
| 2007-CRO-000452-D3 (04-09-00312-CR) | State of Texas v. Artemio Gonzalo Lopez | 6/25/2009 | Ms. Deborah Letz | | 545 | 36 (Final) 216 (Rough) | 09/17/2009 |
| 2007-CVE-02205-D3 | Mary Hernandez v. Juan Hurtado and Raudin McCormick, Inc. d/b/a Railcrew Xpress | 3/03/2009 | Mr. Lawrence J. Webb | 12/15/2008 thru 12/17/2008 | 707 | 640 | 7/13/2009 Completed |
| 2007-CRN-000628-D3 | State of Texas vs. Romel Garcia | | Fourth Court of Appeals | 8/18/2009 8/27/2009 | 20 | 14 | 08/31/2009 Completed |
| | **REQUESTED RECORDS** | | | | | | |
| 2003-CVQ-001551-D3 | Somerset Independent School District, et al vs. Unico Construction Co, et al | 6/3/2009 | Ms. Nicole E. Flores | 07/22/2008 | 83 | 83 | 7/24/09 |
| 2009-CVF-001082-D3 | Pagosa Springs Ltd. Vs. INSIBCI et al | 8/25/2009 | Mr. Richard E. Morales | 08/12/2009 | 15 | 11 | 8/18/2009 |
| 2007-CVF-001760-D3 | Dancy, LLC vs. Campbell Ranch LLC, et al | 8/17/09 | Mr. Richard E. Morales | 03/30/2009 | 10 | 07 | 8/27/2009 |
| 2003-CVQ-001551-D3 | Somerset Independent School District, et al vs. Unico Construction Co, et al | 7/20/2009 | Mr. Norman Jolly | 07/072009 | 40 | 33 | 8/31/2009 |
| 2008-CVQ-000500-D3 | Alina Marie Salinas Alvarado Rodriguez, et al vs. The Unknown Heirs of Jose Domingo Gonzalez | 08/11/2009 | Ms. Anna L. Salinas Sucevic | 07/07/2009 | 20 | (waiting for deposit) | |

I am also performing my official duties of reporting jury trials and nonjury trials daily. I hereby certify that the above information is true and correct.

Ana Laura Alcantar, CSR

ANA L. ALCANTAR, CSR, RPR
341ST DISTRICT COURT
P. O. BOX 6297
LAREDO, TX 78042

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
18 SEP 2009 PM 5 L

78205+3037

KEITH E. HOTTLE, CLERK OF COURT
FOURTH COURT OF APPEALS DISTRICT
BEXAR COUNTY JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

