*Out-of-Appeal Granted by CCA ssB*

TC# 2006-CRO-000452-D3 "Filed by FAX" 04-09-00312-CR

4-09-00312-CR

CRIMINAL APPEALS

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL IN COURT OF APPEALS

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

2009 MAY 26 PM 5:28

Keith E. Hottle
KEITH E. HOTTLE, CLERK

TRIAL COURT NO. 2006-CRO-452-D3
2006-CRO-000452-D3/D4

THE STATE OF TEXAS                    IN THE _____ COURT

VS.

Antonio Gonzalo Lopez                 OF ___Webb___ COUNTY, TEXAS

The records of my office show that:

1. Has counsel for defendant filed a motion for new trial?
   Yes _____ , if so, date filed _____ No ✓

2. The defendant named above was convicted in this court of the offense
   of ___Attempted Capital Murder - F1___ .

3. The Honorable __Judge Elma Salinas Ender__ presided at the trial.

4. The State was represented by __Edward Castillo / Jesse Guillen__
   at the trial.
   The State is represented by __Edward Castillo / Jesse Guillen__
   ___1110 Victoria, Ste. 401___ (name) ___(956) 523-4900___ _____
   (address)                    (phone #)              (Bar I.D. #)
   on appeal.

5. Defendant was represented by __Fausto Sosa__
   at the trial.
   Defendant is represented by __Fausto Sosa__
   ___101 East Hillside Rd.___ (name) __Suite 11C__ __(956) 727-4471__
   (address)                    (phone #)              (Bar I.D. #)
   on appeal.

6. Defendant's counsel on appeal: Retained _____ Appointed ✓ Pro Se _____

7. The trial was before the Court:
   Without a Jury _____   A Jury on both guilt and punishment ✓
   A Jury on punishment only _____   A Jury on guilt only _____

8. The sentence was imposed/suspended on __December 13, 2007__
                                              (date)
   for (length of time) __Life__
   Repeater/Habitual (circle one if appropriate)

   *Out-of-Appeal Granted by CCA on 5-6-09; CCA issued Mandate on ? (due to be issued on 6-1-09)*

9. The date the Notice of Appeal was filed __May 26, 2009__

10. Defendant   Is in Jail ✓   or   Is Free on Bond of $ _____

11. The name and address of the court reporter who reported the evidence
    is: __Ana Alcantar, P.O. Box 1598, Laredo, TX 78042__

12. If two or more cases were tried together, the other cases that have been
    or may be appealed are: (docket number & defendant's name)

WITNESS MY HAND this the __26th__ day of __May__ , 20 __09__.

COURT REPORTER _____  Clerk of the __District__ Court
HERB SCHAEFER, CLERK                                __Webb__ County, Texas
BY: _____ 5-26-09 _____                 _____
    DEPUTY         DATE                              DEPUTY

No. 2007-CRO-000452-D-3

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | 341TH JUDICIAL DISTRICT |
| ARTEMIO GONZALO LOPEZ | § | WEBB COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now ARTEMIO GONZALO LOPEZ, Defendant in the above-styled and numbered cause, and files his Notice of Appeal from the conviction and sentence in this cause. The Defendant was sentenced on December 13, 2007. The Court of Criminal Appeals GRANTED Defendant's Writ to file an out of time appeal on May 6, 2009.

ANGELA J. MOORE
Chief Public Defender

_____
DEBORAH LETZ
Bar No. 24035554
Assistant Public Defender
Bexar County Public Defender's Office
410 South Main, Suite 214
San Antonio, Texas 78204
(210) 335-0701
Fax: (210) 335-0707
*Counsel for Appellant*

## CERTICIATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Appeal has been served on the Webb County District Attorney's Office, 300 Dolorosa St., 4th Floor, San Antonio, Texas 78205 Webb County District Attorney's Office, Appellate Division, 1110 Victoria, Suite 401, Laredo, Texas 78042, on May 22, 2009.

DEBORAH LETZ
ATTORNEY FOR APPELLANT

4-09-00312-CR

Cause No. 2006 (CRO00452-D3) **TRN NONE**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 341ST JUDICIAL |
| v. | § | DISTRICT COURT OF |
| ARTEMIO GONZALO LOPEZ, DEFENDANT | § | WEBB COUNTY, TEXAS |
| SID: **TX04155217** | | |

## JUDGMENT OF CONVICTION BY JURY; SENTENCE BY JURY TO Institutional Division, TDCJ

| | |
|---|---|
| DATE OF JUDGMENT: | **DECEMBER 13, 2007** |
| JUDGE PRESIDING: | **ELMA TERESA SALINAS ENDER** |
| ATTORNEY FOR THE STATE: | **EDWARD CASTILLO/JESSE GUILLEN** |
| ATTORNEY FOR THE DEFENDANT: | **FAUSTO SOSA** |
| OFFENSE: | **ATTEMPTED CAPITAL MURDER** |
| STATUTE FOR OFFENSE: | Article 15.01, 19.03, Section ___, Penal Code |
| DEGREE OF OFFENSE: | **First Degree Felony** |
| APPLICABLE PUNISHMENT RANGE (including enhancements, if any): | First Degree 5-99 yrs or life/max $10,000 fine |
| DATE OF OFFENSE: | **MAY 11, 2004** |
| CHARGING INSTRUMENT: | **Indictment** |
| PLEA TO OFFENSE: | **Not Guilty** |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | **True** |

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense (hereafter styled the primary offense), on the 6th day of November, 1996 in cause number CR-0386-96-A in the 92nd District Court of Hidalgo County, Texas the defendant was convicted of the felony offense of Aggravated Assault.

And it is further presented in and to said Court that, prior to the commission of the primary offense, and after the conviction in cause number CR-0386-96-A was final, the defendant, committed the felony offense of Capital Murder and was convicted on the 17th day of February, 2006, in cause number CR-2377-05-A in the 92nd District Court of Hidalgo, County, Texas.

| | |
|---|---|
| <u>VERDICT FOR OFFENSE:</u> | Guilty |
| <u>FINDING ON ENHANCEMENT:</u> | True |
| <u>AFFIRMATIVE FINDING ON DEADLY WEAPON:</u> | Yes-deadly weapon used or exhibited |
| <u>OTHER AFFIRMATIVE SPECIAL FINDINGS:</u> | |
| <u>DATE SENTENCE IMPOSED:</u> | **DECEMBER 13, 2007** |
| <u>PUNISHMENT AND PLACE OF CONFINEMENT:</u> | **LIFE** years in the Institutional Division-TDCJ, and a $ **10,000** fine |
| <u>TIME CREDITED TO SENTENCE:</u> | **EIGHTY-SEVEN (87) DAYS CREDIT FOR TIME SERVED** |
| <u>COURT COSTS:</u> | **$318.00** |
| <u>TOTAL AMOUNT OF RESTITUTION:</u> | $Non Applicable |
| <u>NAME AND ADDRESS FOR RESTITUTION:</u> | Non Applicable |

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **do not apply** to the Defendant. The age of the victim at the time of the offense was **not applicable**.

This sentence shall run **concurrently unless otherwise specified.**

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **not guilty** and a jury, to wit: **Dino Smith**, and eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**We, the Jury find the defendant, ARTEMIO GONZALO LOPEZ, Guilty of the offense of Attempted Capital Murder, as charged in the indictment.**

/S/ DINO SMITH

Presiding Juror

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**We, the Jury, having found the defendant guilty of Attempted Capital Murder, do further find beyond a reasonable doubt that the allegations in Enhancement Paragraph One are "True"; We, the Jury, assess h is punishment at confinement in the Institutional Division of the Texas Department of Criminal Justice for LIFE and, we, the Jury further assess a fine of $10,000.**

/S/ DINO SMITH

Presiding Juror

A presentence investigation report **was done according to Article 42.12, sec. 9, CCP.**

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above

Furthermore, the following special findings or orders apply:

Pursuant to article 42.12, Section 3g, Code of Criminal Procedure & HB156 (77R) the court affirmatively finds that the Defendant used or exhibit a deadly weapon, namely, firearm, during the commission of a felony offense or during immediate flight therefrom or was a party to the offense and knew that a deadly weapon would be used or exhibited.

The court orders that the sentence in this conviction shall run consecutively with case No. CR-2377-05-A in the 92th District Court of Hidalgo County, Texas.

Signed on the 7th day of January, 2009

Elma Teresa Salinas Ender, Judge
341st Judicial District Court
Webb County, Texas

A True copy of the original, I certify
the _____ day of _____, 20 ____
MANUEL GUTIERREZ
Clerk of the District Courts and
County Court at Law, Webb County, Texas
By: _____ Deputy



DS4: Judgment of Conviction by Court; Sentence By Jury, Cause No.2006-CRO-452-D3 page 4 of 4 Pages

Cause No. 2006CR0459A3

| The State of Texas | § | In the District Court |
|---|---|---|
| vs. | § | 341st Judicial District |
| Artemio Gonzalo Lopez | § | Webb County, Texas |

### EXHIBIT "A"
*(To Judgment in Above Styled and Numbered Cause)*

I am the Defendant in the above and described cause. My fingerprints were taken by the Bailiff and/or Sergeant at Arms in the presence of the Deputy District Clerk.

_____
DEFENDANT - ACUSADO

I hereby certify that in accordance with Art. 38.22 of the Texas Code of Criminal Procedure that I caused the Defendant, _____, to place his/her fingerprints in the space provided below.

_____
Bailiff and/or Sergeant at Arms

SWORN AND SUBSCRIBED BEFORE ME, came on the ____ day the Defendant, _____, in this cause. I further certify that the fingerprints of the Defendant were taken by the Bailiff and/or Sergeant at Arms in my presence.

_____
Deputy District Clerk
Webb County, Texas

**RIGHT HAND - MANO DERECHA**

| THUMB | INDEX | MIDDLE | RING | LITTLE |
|---|---|---|---|---|

**LEFT HAND - MANO IZQUIERDA**

| THUMB | INDEX | MIDDLE | RING | LITTLE |
|---|---|---|---|---|

Exhibit "A" - Judgment

"Filing by FAX"



**Webb County**
DISTRICT COURTS &
COUNTY COURTS AT LAW

**MANUEL GUTIERREZ** / *DISTRICT CLERK*

P.O. Box 667 / LAREDO, TEXAS 78042-0667
AREA CODE 956 / 523-4268
FAX No. 956 / 523-5063

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2009 MAY 26 PM 5:28

Keith E. Hottle
KEITH E. HOTTLE, CLERK

# 4-09-00312-CR

## FAX COVER SHEET

TO: Diana / John (Criminal Appeals)

FROM: Mary Villa

DATE: 5/26/09

TIME: 4:56 PM

NUMBER OF PAGES (INCLUDING THIS COVER SHEET) 9

FAX NUMBER: (210) 335-2762

COMMENTS:
Notice of Appeal — Artemio Gonzalo Lopez
2006 CRO 45283



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. AP-76,148

EX PARTE ARTEMIO GONZALO LOPEZ, Applicant

ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 2006CR0452-D3(A) IN THE 341ST DISTRICT COURT
FROM WEBB COUNTY

*Per curiam.*



## OPINION

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of attempted capital murder and sentenced to life imprisonment.

Applicant contends that his counsel rendered ineffective assistance because he failed to timely file a notice of appeal. We remanded this application to the trial court for findings of fact and conclusions of law.

The trial court has determined that trial counsel failed to timely file a notice of appeal. We

find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 2006CR0452-D3(A) from the 341st Judicial District Court of Webb County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: May 6, 2009
Do Not Publish

4-09-00312-CR



**MANUEL GUTIERREZ** / *DISTRICT CLERK*

P.O. Box 667 / LAREDO, TEXAS 78042-0667
AREA CODE 956 / 523-4268
FAX No. 956 / 523-5063

FAX COVER SHEET

TO: Diana (Criminal Appeals)

FROM: Mindy Villa

DATE: 5/27/09

TIME: 10 AM

NUMBER OF PAGES (INCLUDING THIS COVER SHEET) 3

FAX NUMBER: (210) 335-2762

COMMENTS:
Opinion — 206 CR0 452 D3
Trial Certification Pending.