

**4th Court of Appeals**

COA Version 3.0.7.1

# Docket Sheet

## Case Number: 04-09-00312-CR

**2/1/2011 To 2/18/2011**

Report Printed On: 2/18/2011 9:12 AM

**Date Appeal Filed:** 5/26/2009

**Style:** Gonzalo Artemio Lopez

v. The State of Texas

**Original Proceeding:** No

**Case Priority:** Regular

**Defendant in Jail:** Yes **Bond:** **Punishment:** Life

**Type of Case or Offense:** 19.03A

**This case transferred from another COA#:** **Transfer Case #:** **Transferred In On:**

**This case transferred to another COA#:** **Transferred Out On:**

**Remarks:** OUT TIME APPEAL GRANTED BY CCA; ********TRIAL COURT CERTIFICATION FILED********

### Trial Court Information

**Trial Court Case Number:** 2007-CRO-000452-D-3

**Trial Court Judge:** Honorable Elma T. Salinas Ender

**Trial Court Reporter:** Ana Alcantar

**Trial Court ID:** 322400341

**Trial Court Name:** 341st Judicial District Court

**County:** Webb

**Remarks:**

### Parties Associated with Case

**Party Type:** APP — **Party Name:** Lopez, Gonzalo Artemio

| Representative Type | Representative Name | Bar Number | Date On | Date Off |
|---|---|---|---|---|
| AP ATTY | Fausto Sosa | 18855620 | 05/05/2026 | 06/08/2009 |
| AP ATTY | Deborah D. Letz | 24035554 | 06/08/2009 | |
| AP ATTY | Angela J. Moore | 14320110 | 10/26/2009 | 02/04/2010 |
| PRO SE | Gonzalo Artemio Lopez | | 02/02/2010 | |

**Party Type:** STA — **Party Name:** The State of Texas

| Representative Type | Representative Name | Bar Number | Date On | Date Off |
|---|---|---|---|---|
| DT ATTY | Isidro R. Alaniz | | 05/26/2009 | 08/10/2010 |
| DT ATTY | Brenda Anderson | | 08/10/2010 | |

### Interested Entities Associated with Case

| Interested Entity Name | Interested Entity Type | Notice? | Date On | Date Off | Remarks |
|---|---|---|---|---|---|
| Honorable Elma T. Salinas Ender | TC JUD | No | 05/26/2009 | 08/10/2009 | Trial Court Judge |
| 341st District Court, P.O. Box 1598, Laredo TX 78042-1598 | | | Phone: (956)523-4325 | | FAX: (956)523-5055 |
| Fausto Sosa | AP ATT | No | 05/26/2009 | 06/08/2009 | Appointed attorney for Criminal – Appellant |
| Law Offices Of Fausto Sosa, The Colonnade Square One, 101 W. Hillside Road, Suite 11C, Laredo TX 78041 | | | Phone: (956)727-4477 | | FAX: (956)727-4773 |
| Isidro R. Alaniz | DT ATT | No | 05/29/2009 | 08/10/2010 | District attorney for Criminal – State of Texas |
| Webb County District Attorney, 1110 Victoria St. Ste 401, Laredo TX 78040 | | | Phone: (956)523-4900 | | FAX: (956)523-5070 |
| Manuel Gutierrez | DT CLK | No | 05/29/2009 | | |





**Date Appeal Filed:** 5/26/2009

**Style:** Gonzalo Artemio Lopez

**v.** The State of Texas

| | | | | | |
|---|---|---|---|---|---|
| | District Clerk - Webb County<br>1110 Victoria St., Suite 203<br>Laredo TX 78040 | | Phone: (956)523-4268 | | FAX: (956)523-5063 |
| Deborah D. Letz | AP ATT | Yes | 06/08/2009 | | Appointed attorney for Criminal – Appellant |
| | Assistant Public Defender<br>300 Dolorosa Street<br>Justice Center Tower, Suite 310<br>San Antonio TX 78205 | | Phone: (210)335-0701 | | FAX: (210)335-0707 |
| Honorable Elma T. Salinas Ender | TC JUD | No | 08/10/2009 | | Trial Court Judge |
| | Judge, 341st District Court<br>Webb County Justice Center<br>1110 Victoria Street, Suite 302<br>Laredo TX 78042 | | Phone: (956)523-4325 | | FAX: (956)523-5055 |
| Ana Laura Alcantar | RPT | No | 08/18/2009 | | |
| | Official Court Reporter - 341st District Court<br>P.O. Box 6297<br>Laredo TX 78042 | | Phone: (956)523-4324 | | FAX: (956)523-5055 |
| Angela J. Moore | AP ATT | No | 10/26/2009 | 02/04/2010 | Appointed attorney for Criminal – Appellant |
| | Chief Public Defender<br>300 Dolorosa<br>Justice Center Tower 1, Suite 310<br>San Antonio TX 78205 | | Phone: (210)335-0701 | | FAX: (210)335-0707 |
| Gonzalo Artemio Lopez | PRO SE | Yes | 02/02/2010 | | Pro Se for Criminal – Appellant |
| | TDCJ-ID # 1349716<br>Telford Unit<br>3899 State Hwy 98 S.<br>New Boston TX 75570 | | Phone: | | FAX: |
| Brenda Anderson | DT ATT | Yes | 08/10/2010 | | District attorney for Criminal – State of Texas |
| | Assistant District Attorney<br>49th Judicial District<br>1110 Victoria St., Ste. 401<br>Laredo TX 78040 | | Phone: (956)523-4900 | | FAX: |

**Process: FILING**

**Events**

| Event Date | Event | Description | DispositionType | Location | EnBanc | SubmissionType | Submission Process |
|---|---|---|---|---|---|---|---|
| 5/26/2009 | NOA FLD/COA | APP | | | | | |

***** Remarks:** FAXED COPY OF NOA FILED WITH THIS COURT; OUT OF TIME APPEAL GRT BY CCA; *****TRIAL COURT CERT NOT FILED*****

**Documents Associated with Event**

| Description | Volume | Page |
|---|---|---|
| LETTER 5-26-9 | | |

| | | |
|---|---|---|
| 5/26/2009 | NOA FLD/TC | APP |

***** Remarks:** NOA FILED WITH THE TRIAL COURT

| | | |
|---|---|---|
| 6/2/2009 | SENTENCE IMPOS | APP |

***** Remarks:** OUT OF TIME NOA GRT BY CCA; 05-6-9; MANDATE ISSUED 6-4-9 (RECORD DUE 60 DAYS FROM THIS DATE)

| | | |
|---|---|---|
| 6/22/2009 | LTR FLD | APP |

***** Remarks:**





**Date Appeal Filed:** 5/26/2009

**Style:** Gonzalo Artemio Lopez

**v.** The State of Texas

AMENDED TRIAL COURT CERT *******NOT SIGNED BY THE DEFENDANT******* LETTER TO SENT OUT

Documents Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 6-22-9 | | |

6/22/2009 CERT TC MISSING

*** **Remarks:** SENT TO TRIAL COURT; RE: NO SIGNATURE ON TRIAL COURT CERT; DUE 7-22-9

Documents Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 6-22-9 | | |

6/22/2009 DS FLD APP

*** **Remarks:**

Documents Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 6-22-9 | | |
| DS | | |

7/13/2009 LTR FLD

*** **Remarks:** COPY OF AMENDED TRIAL COURT CERT W/DEFENDENT'S SIGNATURE; FAXED

Documents Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 7-13-9 | | |

8/5/2009 CLK RECORD FLD APP

*** **Remarks:** 1 VOL

Documents Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 8-5-9 | | |

8/18/2009 NO RPT RECORD

*** **Remarks:** SENT TO ANA ALCANTAR; RESPONSE DUE 8-28-9; RPT REC DUE 9-17-9

Documents Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 8-18-9 | | |

9/18/2009 EXT RPT RECORD

*** **Remarks:** ANA ALCANTAR'S NOLR (RESP TO 37.3) FAXED

Documents Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 9-18-9 | | |

9/21/2009 EXT RPT RECORD

***** Remarks:** ANA ALCANTAR'S ORIG FILING

Document - Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 9-21-9 | | |

9/22/2009 EXT RPT RECORD NOTED

***** Remarks:** SEE ORDER

9/22/2009 ORDER ENTERED

***** Remarks:** ANA ALCANTAR'S NOLR IS NOTED; REC IS DUE 10-17-9

Document - Associated with Event

| Description | Volume | Page |
|---|---|---|
| ORDER 9-22-9 | | |

10/21/2009 EXT RPT RECORD

***** Remarks:** FAXED; ANA ALCANTAR'S NOLR

Document - Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 10-21-9 | | |

10/23/2009 EXT RPT RECORD

***** Remarks:** ORIG FILING (ALCANTAR)

Document - Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 10-23-9 | | |

10/26/2009 EXT RPT RECORD NOTED

***** Remarks:** SEE ORDER

10/26/2009 ORDER ENTERED

***** Remarks:** ANA ALCANTAR'S NOLR IS NOTED; REC DUE ON OR BEFORE 11-16-9

Document - Associated with Event

| Description | Volume | Page |
|---|---|---|
| ORDER 10-26-9 | | |

12/2/2009 RPT RECORD FLD

***** Remarks:** 10 VOLS; V1 MAST INDEX, V2 HEAR 7-19-9, V3 ARRAIGN, V4 ARRAIGN, V5 PRE TRIAL 11-1-7, V6 PRE TRIAL 12-7-7, V7 VOIR DIRE 12-11-7, V8 TRIAL 12-12-7, V9 PUNISH 12-13-7, V10 EXHIBITS

Document - Associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 12-2-9 | | |

1/4/2010 MT EXT BRIEF FLD APP

***** Remarks:** 1ST REQ

**Date Appeal Filed:** 5/26/2009

**Style:** Gonzalo Artemio Lopez

**v.** The State of Texas

**Documents Associated with Event**

| Description | Volume | Page |
|---|---|---|
| LETTER 1-4-10 | | |

1/4/2010 MT EXT BRIEF DIS APP GRANT

***** Remarks:** APP'S MEOT IS GRT TO 2-3-10

**Documents Associated with Event**

| Description | Volume | Page |
|---|---|---|
| ORDER 1-4-10 | | |

2/1/2010 LTR FLD PRO SE

***** Remarks:** LETTER FROM PRO SE; STATUS OF THE CASE

**Documents Associated with Event**

| Description | Volume | Page |
|---|---|---|
| LETTER 2-1-10 | | |

2/3/2010 MT EXT BRIEF FLD APP

***** Remarks:** 2ND REQ

**Documents Associated with Event**

| Description | Volume | Page |
|---|---|---|
| LETTER 2-3-10 | | |

2/9/2010 MT EXT BRIEF DIS APP GRANT

***** Remarks:** SEE ORDER

2/9/2010 ORDER ENTERED

***** Remarks:** APP'S MEOT IS GRT TO 3-5-10; NO FURTHER EXT

**Documents Associated with Event**

| Description | Volume | Page |
|---|---|---|
| order 2-9-10 | | |

2/10/2010 LTR FLD PRO SE

***** Remarks:** REQUEST FOR PRICE OF COPIES; $435.90 (POSTAGE INCLUDED)

**Documents Associated with Event**

| Description | Volume | Page |
|---|---|---|
| LETTER 2-10-10 | | |

3/1/2010 MT EXT BRIEF FLD APP

***** Remarks:** 3RD REQ

**Documents Associated with Event**

| Description | Volume | Page |
|---|---|---|
| LETTER 3-1-10 | | |

3/3/2010 MT EXT BRIEF DIS APP GRANT

**Date Appeal Filed:** 5/26/2009

**Style:** Gonzalo Artemio Lopez

v. The State of Texas

*** **Remarks:** SEE ORDER

3/3/2010 ORDER ENTERED

*** **Remarks:** APP'S MEOT IS GRT TO 4-5-10; NO FURTHER EXT

| Description | Volume | Page |
|---|---|---|
| ORDER 3-3-10 | | |

3/19/2010 LTR FLD

*** **Remarks:** LETTER FROM TDCJ UNIT; FORWARDED LETTER TO THE INMATE THAT WAS TRANSFERRED TO A DIFFERENT UNIT

Documents associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 3-19-10 | | |

4/1/2010 BRIEF FLD NO APP

*** **Remarks:** O.A. REQ

Documents associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 4-1-10 | | |

6/1/2010 TELEPHONE INQU

*** **Remarks:** CALLED WEBB COUNTY DA'S OFFICE AND TOLD THEM TO FAX MOTION TODAY OR THE CASE WILL BE SET AT ISSUE; BRIEF WAS DUE 5-3-10

6/1/2010 MT EXT BRIEF FLC STA

*** **Remarks:** FAXED MEOT TO FILE BRIEF

| Description | Volume | Page |
|---|---|---|
| LETTER 6-1-10 | | |

6/3/2010 MT EXT BRIEF FLC STA

*** **Remarks:** ORIG FILING

Documents associated with Event

| Description | Volume | Page |
|---|---|---|
| LETTER 6-3-10 | | |

6/8/2010 MT EXT BRIEF DIS STA GRANT

*** **Remarks:** SEE ORDER

6/8/2010 ORDER ENTERED

*** **Remarks:** STATE'S MEOT IS GRT TO 7-7-10; NO FURTHER EXT

| Description | Volume | Page |
|---|---|---|

ORDER 6-8-10

6/9/2010 INTERNAL MEMO

***** Remarks:** ORDER CHECKLIST

| Description | Volume | Page |
|---|---|---|
| OFFICE CHECKLIST | | |
| ORDER CHECKLIST 8-16-10 | | |

6/28/2010 MT FLD PRO SE

***** Remarks:** TO WITHDRAW APPT ATTORNEY

| Description | Volume | Page |
|---|---|---|
| LETTER 6-28-10 | | |

7/7/2010 MT DISP PRO SE DENIED

***** Remarks:** SEE ORDER

7/7/2010 ORDER ENTERED

***** Remarks:** PRO SE MOTION TO DISMISS APPT COUNSEL IS DENIED

| Description | Volume | Page |
|---|---|---|
| ORDER 7-7-10 | | |

7/12/2010 MT EXT BRIEF FLD STA

***** Remarks:** 2ND REQ

| Description | Volume | Page |
|---|---|---|
| LETTER 7-12-10 | | |

7/14/2010 MT EXT BRIEF DIS STA GRANT

***** Remarks:** SEE ORDER

7/14/2010 ORDER ENTERED

***** Remarks:** STATE'S MEOT IS GRT TO 8-6-10; NO FURTHER EXT

| Description | Volume | Page |
|---|---|---|
| LETTER 7-14-10 | | |

7/22/2010 MT FLD PRO SE

***** Remarks:** PRO SE MOTION TO RECONSIDER DENIAL OF MOTION TO DISMISS APPT COUNSEL AND TO FILE A PRO SE BREIF

8/9/2010 MT EXT BRIEF FLD STA

***** Remarks:** FAXED ORIGINAL MOTION FILED 8-10-10

**Date Appeal Filed:** 5/26/2009

**Style:** Gonzalo Artemio Lopez

**v.** The State of Texas

---

**Description** | **Volume** | **Page**

LETTER 8-9-10

---

8/10/2010 MT EXT BRIEF DIS STA GRANT

***** Remarks:** SEE ORDER

---

8/10/2010 ORDER ENTERED

***** Remarks:** STATE'S MEOT IS GRT TO 8-10-10

---

**Description** | **Volume** | **Page**

ORDER 8-10-10

---

8/10/2010 AT ISSUE

***** Remarks:**

---

8/10/2010 BRIEF FLD NO STA

***** Remarks:** O.A. WAIVED BY BRENDA ANDERSON

---

**Description** | **Volume** | **Page**

letter sent 08-10-10

checklist for screening briefs

---

8/12/2010 MT DISP APP DENIED

***** Remarks:**

---

8/12/2010 ORDER ENTERED

***** Remarks:** APPELLANT'S PRO SE MOTION TO RECONSIDER DENIAL OF MOTION TO ALLOW APPELLANT'S COURT APPOINTED ATTORNEY TO WITHDRAW IS DENIED.

---

**Description** | **Volume** | **Page**

ORDER SENT 08-12-10

---

9/13/2010 SUBMISSION/BRIE Brief

***** Remarks:** CASE SET FOR SUBMISSION ON BRIEFS ONLY TUESDAY OCTOBER 12, 2010. PANEL: STONE MARION HILBIG.

---

Chief Justice Catherine Stone

Justice Sandee Bryan Marion

Justice Steven C. Hilbig

---

10/12/2010 SUBMITTED

***** Remarks:**

---

10/13/2010 MEM OPINION ISS AFFIRM

***** Remarks:**

**Date Appeal Filed:** 5/26/2009

**Style:** Gonzalo Artemio Lopez

**v.** The State of Texas

| Primary Opinion | Per Curiam | Primary Author | Remarks |
|---|---|---|---|
| Yes | No | Justice Sandee Bryan Marion | |

| Description | Volume | Page |
|---|---|---|
| PDF OPINION 10/13/10 | | |

Chief Justice Catherine Stone
Justice Sandee Bryan Marion
Justice Steven C. Hilbig

| Description | Volume | Page |
|---|---|---|
| JUDGMENT | | |

10/15/2010 FEE PAID
***** Remarks:** $.70 FEE - COPY OF RECORD

| Description | Volume | Page |
|---|---|---|
| COPIES FEE PD 10/15/10 (COPY OF RECORD) | | |

11/12/2010 MT EXT PDR DISP PRO SE GRANT
***** Remarks:** CCA# 1571-10 (PRO SE MO EXT TO FILE PDR GRANTED; TIME EXTENDED TO 1/11/11 - NO FURTHER EXTENSIONS WILL BE ENTERTAINED)

| Description | Volume | Page |
|---|---|---|
| CRM APP NOTICE 11/12/10 (PRO SE MO EXT TO FILE PDR GRANTED BY CCA) | | |

1/4/2011 PDR FLD PRO SE
***** Remarks:** Pro Se Petition for Discretionary Review filed by Gonzalo Artemio Lopez DUE AT CCA 2-18-11

| Description | Volume | Page |
|---|---|---|
| letter | | |

1/10/2011 RESP FLD APP
***** Remarks:** LETTER ; NOTICE OF COMPLIANCE WITH T.R.A.P. 48.4 FILED BY LORI D. RODRIGUEZ

| Description | Volume | Page |
|---|---|---|
| LETTER | | |



**4th Court of Appeals**

COA Version 3.0.7.1

# Docket Sheet

**Case Number:** 04-09-00312-CR

**2/1/2011 To 2/18/2011**

Report Printed On: 2/18/2011 9:12 AM

**Date Appeal Filed:** 5/26/2009

**Style:** Gonzalo Artemio Lopez

v. The State of Texas

## Calendar

| Calendar | Date Set | Reason Set | En Banc | Opinion | Comments |
|---|---|---|---|---|---|
| Status | 05/26/2009 | CENTRAL STAFF REVIEW | | | SSB TO PMJ. |
| Appeal to Higher Court | 01/04/2011 | CT REVIEW | | | DUE AT CCA 2-18-11 |

Chief Justice Catherine Stone
Justice Sandee Bryan Marion
Justice Steven C. Hilbig

## Fees

| Fee Date | Fee Type | Amount | Paid Status | Notice Date | How Paid | Paid for | Person Paying Fee | Check # |
|---|---|---|---|---|---|---|---|---|
| 10/15/2010 | COPIES | $0.70 | PAID | | Cash | UNK | Debra Letz | |